

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Edward Curry,

\* From the County Court
at Law of Ector County,
Trial Court No. 20,627.

Vs. No. 11-12-00249-CV

\* January 16, 2014

Kathy Goheen (individual and official
capacity) and the Salvation Army,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.